# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL VERNON ASHLEY,<br><br>                      Plaintiff,<br>vs.<br><br>ARGENT MORTGAGE CO.; FREDERICK DOWD,<br>                      Defendants. | CASE NO. 06cv1666 JM<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; DISMISSING ACTION |

Plaintiff Nathaniel Vernon Ashley moves to prosecute this action without the prepayment of filing fees. Plaintiff declares that he is unemployed and has no source of income or any significant asset. Accordingly, the court grants leave to proceed in forma pauperis.

The court also sua sponte dismisses the complaint for failure to state a claim. Plaintiff seeks one billion in damages arising from "a commercial dishonor of [his] Bill of Exchange for the amount of $600,000." (Compl. at p.1). Plaintiff also cites the RICO statute and identifies treason, fraud and conspiracy. As the court is unable to determine the nature of Plaintiff's claims, the complaint is dismissed without prejudice and with 45 days leave to amend from the date of entry of this order.

**IT IS SO ORDERED.**

DATED: November 14, 2006

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: Plaintiff Nathaniel Vernon ASHLEY